UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

SAMUEL EUGENE CALHOUN,

        Petitioner,               Case No. 1:21-cv-789

v.                                      Honorable Phillip J. Green

JAMES SCHIEBNER,

        Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:  October 12, 2021                  /s/ Phillip J. Green
                                                          PHILLIP J. GREEN
                                                           United States Magistrate Judge