UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

SAMUEL EUGENE CALHOUN,

        Petitioner,               Case No. 1:21-cv-789

v.                                  Honorable Phillip J. Green

JAMES SCHIEBNER,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.


Dated:  October 12, 2021                      /s/ Phillip J. Green
                                                          PHILLIP J. GREEN
                                                          United States Magistrate Judge